NO. 07-07-0047-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

SEPTEMBER 18, 2007

______________________________

C. WILLIENELL ZIMMER HAYNES, ET AL., APPELLANTS

V.

MOORE COUNTY GAS PARTNERS, L.P., ET AL., APPELLEES

_________________________________

FROM THE 69
TH
 DISTRICT COURT OF MOORE COUNTY;

NO. 01-72; HONORABLE RON ENNS, JUDGE

_______________________________

Before CAMPBELL and HANCOCK and PIRTLE, JJ.

ON MOTION TO DISMISS

C. Willienell Zimmer Haynes, et al., appellants, have filed a motion to dismiss this appeal.  No decision of this Court having been delivered to date, we grant the motion.  Accordingly, the appeal is dismissed.  
Tex. R. App. P.
 42.1(a)(1).  All costs incurred are adjudged against the party incurring the same.   No motion for rehearing will be entertained and our mandate will issue forthwith.

Mackey K. Hancock

         Justice